**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOCELYN SOSA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>IC SYSTEM, INC.<br><br>Defendant. | Civil Action Number: 1:17-cv-00024-LAP<br><br>**STIPULATION OF DISMISSAL**  |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff JOCELYN SOSA, and defendant IC SYSTEM, INC., that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The class claims are also dismissed without prejudice.

Dated: New York, New York
June 9, 2017

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: *s/Abraham Hamra*
     Abraham Hamra

110 East 59th Street,
Suite 3200
New York, New York 10022
Tel: (646) 590-0571

GORDON & REES, LLP.
*Attorneys for Defendant*

By: *s/Yevgeny Roymisher*
     Yevgeny Roymisher

18 Columbia Turnpike,
Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2541

SO ORDERED:

_____
HON. Loretta A. Preska
UNITED STATES DISTRICT JUDGE

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.   6/14/17